# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-5017

September Term, 2023

1:23-cv-03702-UNA

**Filed On:** May 29, 2024

Inez Qtaish,

      Appellant

    v.

United States District Court for the District of
Columbia, Bankruptcy Clerks Office,

      Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rao, Walker, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's December 28, 2023 order
dismissing appellant's complaint be affirmed.  The district court correctly concluded that
appellees are entitled to absolute immunity for actions taken in furtherance of "tasks
that are an integral part of the judicial process," Sindram v. Suda, 986 F.2d 1459, 1460-
61 (D.C. Cir. 1993), and appellant has raised no argument to the contrary.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

## Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk